# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| SAFETY & ECOLOGY CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-257 |
| ) | |
| CHUBB & SON, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATED BRIEFING SCHEDULE

Pursuant to Rule 7.1(a) of the Local Rules of the United States District Court for the Eastern District of Tennessee, the parties hereby stipulate that Defendant Chubb & Son, Inc., ("Defendant") shall have up to and including January 9, 2008, to respond to Plaintiff Safety & Ecology Corp.'s ("Plaintiff") Motion to Amend. The hearing on Plaintiff's Motion to Amend, previously scheduled for December 21, 2007, is rescheduled for January 18, 2008, with the approval of the Court Clerk. Defendant shall also have up to and including January 9, 2008, to reply to Plaintiff's Response to Defendant's Motion to Dismiss, or In the Alternative, Motion for Summary Judgment.

Respectfully submitted,

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: /s/ Gary R. Patrick
Gary R. Patrick, BPR No. 1941
Susie Lodico, BPR No. 23754
Attorneys for Plaintiff
537 Market Street
Suite 202, Market Court
Chattanooga, TN 37402
(423) 756-7117
(423) 267-5032 – facsimile

**MILLER & MARTIN PLLC**

By: /s/ Larry L. Cash
    Larry L. Cash, BPR No. 009386
    Alison Martin, BPR No. 22366
    832 Georgia Avenue, Suite 1000
    Chattanooga, Tennessee 37402
    Telephone: (423) 756-6600
    Facsimile: (423) 785-8480
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile or hand-delivery. Parties may access this filing through the Court's electronic filing system.

This 12th day of December, 2007.

**MILLER & MARTIN PLLC**

By: /s/ Larry L. Cash