IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SAFETY AND ECOLOGY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>CHUBB & SON, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Docket No. 1:07-CV-257<br>)<br>)   Collier/Carter<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to *Rule 41(a)* of the *Federal Rules of Civil Procedure* and upon agreement of the parties that this cause be dismissed with prejudice, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims in the above styled matter are dismissed with prejudice. Each Party shall be responsible for their own costs.

Dated this ___ day of _____, 2008.

_____
U.S. DISTRICT COURT JUDGE
CURTIS COLLIER

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: /s/ Gary R. Patrick
　　　Gary R. Patrick　BPR # 1941
　　　Susie Lodico　BPR # 23754
　　　Attorneys for Plaintiff
　　　537 Market Street
　　　Suite 202, Market Court
　　　Chattanooga, TN 37402
　　　(423) 756-7117
　　　(423) 267-5032 – facsimile


**MILLER & MARTIN**

By: /s/ Larry L. Cash, with express permission
　　　Larry L. Cash　BPR # 9386
　　　Attorneys for Defendant
　　　832 Georgia Avenue, Suite 1000
　　　Chattanooga, TN  37402
　　　(423) 756-6600
　　　(423) 785-8480 – facsimile