IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SAFETY AND ECOLOGY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Docket No. 1:07-CV-257 |
| v. | ) ) | Collier/Carter |
| CHUBB & SON, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to *Rule 41(a)* of the *Federal Rules of Civil Procedure* and upon agreement of the parties that this cause be dismissed with prejudice, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims in the above styled matter are dismissed with prejudice. Each Party shall be responsible for their own costs.

Dated this ___ day of _____, 2008.

_/s/_____
U.S. DISTRICT COURT JUDGE
CURTIS COLLIER

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: /s/ Gary R. Patrick
    Gary R. Patrick    BPR # 1941
    Susie Lodico   BPR # 23754
    Attorneys for Plaintiff
    537 Market Street
    Suite 202, Market Court
    Chattanooga, TN 37402
    (423) 756-7117
    (423) 267-5032 – facsimile


**MILLER & MARTIN**

By: /s/ Larry L. Cash, with express permission
    Larry L. Cash   BPR # 9386
    Attorneys for Defendant
    832 Georgia Avenue, Suite 1000
    Chattanooga, TN 37402
    (423) 756-6600
    (423) 785-8480 – facsimile

2
Case 1:07-cv-00257 Document 20 Filed 02/05/08 Page 2 of 2 PageID #: 33